UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

ALEX JEBARA                                              Chapter 7
                                                         Case No. 09-72195-TJT
          Debtor.                               Hon: Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

      The attached check in the amount of $50.57, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 20 | Citibank South Dakota NA<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NJ 88901-6305 | $50.57 |
|  | **TOTAL:** | **$50.57** |

Dated:  06/30/11

/s/ Stuart A. Gold
Stuart A. Gold, Trustee
24901 Northwestern Hwy., Ste 444
Southfield, MI 48075-2223
(248) 350-8220
stuart.gold@7trustee.net